**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Charles Wayne Russell v. Lori Elizabeth Russell

Appellate case numbers:   01-19-00516-CV

Trial court case numbers: 19-FD-0579

Trial court:                        County Court of Law No. 2 of Galveston County, Texas

Appellant Charles Wayne Russell filed a motion for en banc reconsideration of this Court's February 25, 2020 opinion. The motion for en banc reconsideration is **denied**.

It is so **ORDERED**.

Judge's signature: ____/s/ Sarah B. Landau_____
                            ☐Acting individually     ☑ Acting for the Court

En Banc Court consists of Chief Justice Radack, and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.

Date: <u>September 10, 2020</u>